Exhibit 2

**Exhibit for US Patent No. 7,238,550 Against Accused Semiconductor Components Industries, LLC, Products**

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| 17[P]. A method of fabricating Chip-on-Board logic modules using selectively settable materials, said method comprising: | Evidence: The OnSemi QFN package (chip on board logic module) gets fabricated using Epoxy Resin (selectively settable material)<br><br>**onsemi**<br><br>**Board Level Application Notes for DFN and QFN Packages**<br><br>**AND8211/D**<br><br>**INTRODUCTION**<br><br>Various **onsemi** components are packaged in an advanced Dual or Quad Flat-Pack No-Lead package (DFN/QFN). The DFN/QFN platform represents the latest in surface mount packaging technology. It is important to follow the suggested board mounting guidelines outlined in this document. These guidelines include printed circuit board mounting pads, solder mask and stencil pattern and assembly process parameters.<br><br>https://www.onsemi.com/pub/Collateral/AND8211-D.PDF |

1

**Exhibit for US Patent No. 7,238,550 Against Accused Semiconductor Components Industries, LLC, Products**

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| | Wirebond    Die<br><br>Leadframe<br><br>**Figure 3. Cross–Section of a Single–Chip DFN Package**<br><br>https://www.onsemi.com/pub/Collateral/AND8211-D.PDF |
| [17A]. mounting unpackaged die on a circuit board using a first layer of selectively-settable material; | Evidence: The OnSemi QFN discloses a silicon die attached to PCB mounting pads, using thermally conductive adhesive (not visible in the figure). Further, the evidence discloses that thermally conductive adhesives are the epoxy resins which are very stable fluids (i.e. only partially, never fully hardened), hence only some portion of the epoxy resins gets hardened.<br><br>Wirebond    Die<br><br>Leadframe<br><br>**Figure 3. Cross–Section of a Single–Chip DFN Package**<br><br>https://www.onsemi.com/pub/Collateral/AND8211-D.PDF |

0.0127−0.0254
(0.0005−0.001)    0.0508−0.0762
(0.002−0.003)

2

0.1524 (0.006)    0.0762 (0.003)

**Color Legend**
For PCB Mounting Pads used in Figure 4
Package Footprint
PCB Mounting Pads

**Figure 4. 10 Pin DFN Package Footprint Shown with PCB Mounting Pads**

<u>**Exhibit for US Patent**</u> ... <u>**cused Semiconductor Components Industries, LLC, Products**</u>

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| | https://www.onsemi.com/pub/Collateral/AND8211-D.PDF<br><br>https://en.wikipedia.org/wiki/Flat_no-leads_package |

**Exhibit for US Patent No. 7,238,550 Against Accused Semiconductor Components Industries, LLC, Products**

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| | https://www.panacol.com/adhesive-glue/thermally-conductive-glue#<br><br>https://industrial.sherwin-williams.com/emeai/gb/en/resin-flooring/resources/flooring-technical-resources/technical-articles/epoxy-hardeners-use.html |
| [17B]. hardening a portion of said first layer of selectively-settable material such that said unpackaged die is secured to said circuit board, but some of said selectively-settable material between said unpackaged die and said circuit board is never fully hardened. | Evidence: Evidences disclose that thermally conductive adhesives are the synthetic epoxy resins which are very stable fluids (i.e., never fully hardened). Therefore, some portion of epoxy resins can be fluidic. However, since the die has to get attached to the circuit board, therefore some of the epoxy resin has to get hardened by addition of epoxy hardener. The amount of fluidic and hardened portions of epoxy resins can be controlled by varying the amount of epoxy hardener added.<br><br>Further, some evidence found suggests that the liquid/fluidic epoxy resin might be a better thermal conductor than solid epoxy resin. Therefore it is highly likely that some form of epoxy resin must be liquid for thermal conduction, while other form must be solid for attaching the die.<br><br>Figure 10 shows that the phase transition temperature can be modulated by using different DGP30n ratios, and it is shown that the liquid crystal form appeared in a very wide temperature range in the second system. Therefore, in systems suitable for maintaining the liquid phase during heat curing, the wide temperature range of liquid crystal is important for finding the optimal curing conditions, selecting the optimal curing agent, and investigating the curing temperature [32]. Figure 11 shows the thermal conductivity of DGEBA, crystalline epoxy resin, and System 2 that DGP304 and DGP308 is mixed in 1:1 mol ratio. The liquid-crystalline epoxy developed in this study was found to exhibit higher thermal conductivity than conventional non-liquid epoxy resin. Table 1 summarizes the thermal conductivities of each epoxy matrix with $p$-phenylenediamine (PDA). |

**Exhibit for US Patent No. 7,238,550 Against Accused Semiconductor Components Industries, LLC, Products**

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| | https://www.mdpi.com/2073-4360/13/8/1302<br><br>https://www.onsemi.com/pub/Collateral/AND8211-D.PDF |

<u>Exhibit for US Patent No. 7,238,550 Against Accused Semiconductor Components Industries, LLC, Products</u>

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| | https://www.onsemi.com/pub/Collateral/AND8211-D.PDF <br><br><br> https://en.wikipedia.org/wiki/Flat_no-leads_package <br><br><br> https://www.panacol.com/adhesive-glue/thermally-conductive-glue# |

**Exhibit for US Patent No. 7,238,550 Against Accused Semiconductor Components Industries, LLC, Products**

| Claim | Marubeni COB package (chip on board logic module) |
|---|---|
| | https://industrial.sherwin-williams.com/emeai/gb/en/resin-flooring/resources/flooring-technical-resources/technical-articles/epoxy-hardeners-use.html |