IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HELIX MICROINNOVATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 6:24-cv-402-ADA |
| | ) | |
| ON SEMICONDUCTOR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO TRANSFER TO THE DISTRICT OF DELAWARE**

Plaintiff Helix Microinnovations LLC and Defendant ON Semiconductor Corporation jointly move pursuant to 28 U.S.C. § 1404(a) that the Court transfer this case to the District of Delaware. Because Defendant ON Semiconductor Corporation does not have a regular and established place of business in this judicial district or a manufacturing facility in this judicial district, venue is not proper as to ON Semiconductor Corporation in this judicial district. Because ON Semiconductor Corporation is a Delaware corporation, this action might have been brought in the District of Delaware. All parties to this action consent to this transfer.

A proposed order is attached.

Dated: October 3, 2024                    Respectfully submitted,

                                          *Isaac Rabicoff*
                                          Isaac Rabicoff
                                          Rabicoff Law LLC
                                          4311 N Ravenswood Ave Suite 315
                                          Chicago, IL 60613
                                          7736694590
                                          isaac@rabilaw.com

                                          Counsel for Plaintiff Helix Microinnovations LLC


                                          *Roger Fulghum*
                                          Roger Fulghum
                                          BAKER BOTTS L.L.P.
                                          910 Louisiana Street
                                          Houston, Texas 77002
                                          Telephone: (713) 229-1707
                                          Facsimile: (713) 229-2707
                                          roger.fulghum@bakerbotts.com

                                          Mark Speegle
                                          BAKER BOTTS LLP
                                          401 South 1st Street
                                          Suite 1300
                                          Austin, Texas  78704-1296
                                          Telephone: (512) 322-2536
                                          Facsimile: (512) 322-3636
                                          mark.speegle@bakerbotts.com

                                          Attorneys for ON Semiconductor Corporation

## **<u>CERTIFICATE OF CONFERENCE</u>**

In compliance with Local Rule CV-7G, counsel for Plaintiff and counsel for Defendant conferred regarding the motion to transfer venue on October 3, 2024. Counsel for Defendant joins in this motion and the relief sought hereby.

/s/ *Isaac Rabicoff*
Isaac Rabicoff

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of October 2024, with a copy of this document via the Court's CM/ECF system

/s/ *Isaac Rabicoff*
Isaac Rabicoff